UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

IN RE: Petition and Application for  
    Admission of Danielle Gonzalez  
    LABRN 39396

MISCELLANEOUS  
ACTION NO. 22-35

### ORDER

Having reviewed the above referenced applicant's admission petition and considering that the affiants who move for the applicant's admission to the Middle District of Louisiana attest that they have only known applicant for "0" years;

**IT IS ORDERED** that the *Petition and Application for Admission to the Middle District of Louisiana* submitted on behalf of Danielle Gonzalez, Bar Roll Number 39396, is hereby **DENIED**, without prejudice.

**IT IS FURTHER ORDERED** that the applicant may re-apply for admission with the declaration of members of the bar who can attest that they have known her for a period sufficient to find her to have the character and fitness to practice in this Court.

**IT IS FURTHER ORDERED** that the Clerk of Court shall refund the admission fees submitted by Ms. Gonzalez by whatever means it deems appropriate.

Signed on this __23__ day of February 2022.

*Shelly D. Dick*  
**SHELLY D. DICK, CHIEF JUDGE**  
**UNITED STATES DISTRICT COURT**  
**MIDDLE DISTRICT OF LOUISIANA**

D. Gonzalez via email and USPS  
Finance